AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Christen, Morgan B. | United States Court of Appeals for the Ninth Circuit | 05/12/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination    Date <br> ☐ Initial   ✔ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2014 <br> to <br> 12/31/2014 |

**7. Chambers or Office Address**

222 West 7th Avenue, Suite 261, Box 60
Anchorage, AK 99513

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Judge | United States Court of Appeals for the Ninth Circuit |
| 2. | Director | Alaska Community Foundation |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2012 | Alaska State Employee Accounts (Judicial Retirement; 457 Plan, 401(a) Plan); no control |
| 2. | 2001 | Preston Gates & Ellis Retirement Savings (with former law firm); no control |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christen, Morgan B. | 05/12/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | Alaska Permanent Fund Dividend | $1,884.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Self employed |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Rasmuson Foundation Women's Retreat | 8/11/14 - 8/13/14 | Silver Salmon, Alaska | Spoke to group of women in the non-profit community | Transportation, lodging, meals - 3 days |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Christen, Morgan B.** | 05/12/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Bank | Mortgage on rental property #2, Blaine, Washington | L |
| 2. | People's Bank | LOC on rental property #3, Blaine, Washington | None |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christen, Morgan B. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ASB Accounts | A | Interest | J | T | | | | | |
| 2. Wells Fargo Accounts | A | Interest | J | T | | | | | |
| 3. True North Federal Credit Union | A | Interest | J | T | | | | | |
| 4. ▨ Cash Accounts | A | Interest | J | T | | | | | |
| 5. American Century International Discovery | A | Dividend | L | T | | | | | |
| 6. American Funds Growth Fund of America | A | Dividend | M | T | | | | | |
| 7. Cepheid (x) | | None | J | T | | | | | |
| 8. Brandes International Equity Fund | | None | K | T | | | | | |
| 9. Columbia Value & Restructuring Fund-Z | C | Dividend | K | T | | | | | |
| 10. Fidelity Retirement Money Market Portfolio | A | Interest | M | T | | | | | |
| 11. Great West - Alaska Supplemental Benefits | | None | M | T | | | | | |
| 12. Great West-457 Plan-Long Term Balanced Trust | | None | M | T | | | | | |
| 13. Prime Plus Investments, INc. (x) | A | Dividend | J | T | | | | | |
| 14. Vanguard European Stock Index Fund | C | Dividend | M | T | | | | | |
| 15. Vanguard Health Care Fund | D | Dividend | L | T | | | | | |
| 16. Vanguard Institutional Index Fund | B | Dividend | N | T | | | | | |
| 17. Vanguard Limited-Term Tax Exempt Fund | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christen, Morgan B. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ▮▮▮▮ Capital Account | | None | M | T | | | | | |
| 19. HEWM VI Investment Fund - no control | | None | J | T | | | | | |
| 20. HEWM VIII Investment Fund - no control | | None | J | T | | | | | |
| 21. HEWM XII Investment Fund - no control | | None | J | T | | | | | |
| 22. HEWM XV Investment Fund - no control | E | Distribution | K | T | | | | | |
| 23. Venture Law Group INvst. 2004 - no control | | None | J | T | | | | | |
| 24. Venture Law Group Invst. 2005 - no control | D | Distribution | K | T | | | | | |
| 25. Venture Law Group Invst. 2006 - no control | | None | J | T | | | | | |
| 26. Venture Law Group Invst. 2007 - no control | | None | J | T | | | | | |
| 27. Investment property #1, Nelson, NZ | | None | N | W | | | | | |
| 28. Investment property #2, Blaine, WA | | None | K | W | | | | | |
| 29. Investment property #3, Blaine, WA | | None | M | W | | | | | |
| 30. Investment property #4, Leonard, MN (x) | | None | M | W | | | | | |
| 31. Rental property #1, Blaine, WA | D | Rent | N | W | | | | | |
| 32. Rental property #2, Blaine, WA | D | Rent | M | W | | | | | |
| 33. Rental property #3, Blaine, WA | | None | M | W | | | | | |
| 34. Rental property #4, Bellingham, WA | C | Rent | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christen, Morgan B. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.　Retirement Plan - no control | | None | P1 | T | | | | | |
| 36.　Northwestern Mutual - whole life | A | Dividend | J | T | | | | | |
| 37.　Northwestern Mutual - whole life | A | Dividend | K | T | | | | | |
| 38.　New York Life - whole life | B | Dividend | K | T | | | | | |
| 39.　Alaska Court System Ret. Plan - no control | | None | M | W | | | | | |
| 40.　New York Life - second to die | A | Dividend | L | T | | | | | |
| 41.　Merrill Lynch Brokerage Acct #2 (see lines 68-99)(x) | C | Dividend | J | T | | | | | |
| 42.　DB Equity Fund | C | Dividend | L | T | Sold (part) | 10/10/14 | J | A | |
| 43.　DB Emerging Markets | A | Dividend | K | T | | | | | |
| 44.　First TR Large Cap | A | Dividend | K | T | Sold (part) | 10/10/14 | J | A | |
| 45.　First TR Small Cap | A | Dividend | K | T | | | | | |
| 46.　First TR Mid Cap | A | Dividend | J | T | | | | | |
| 47.　FT 5050 S&P Target 24 | A | Dividend | K | T | | | | | |
| 48.　FT 5050 Value Line | A | Dividend | K | T | | | | | |
| 49.　FT 5050 S&P Target SMID | A | Dividend | K | T | Sold (part) | 9/30/14 | K | D | |
| 50.　Invesco S&P Core | | None | K | T | | | | | |
| 51.　Invesco S&P Indl. Port | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christen, Morgan B. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Invesco EAFE Select | | None | K | T | | | | | |
| 53. IQ Global Resources | A | Dividend | J | T | | | | | |
| 54. IQ Hedge | A | Dividend | K | T | | | | | |
| 55. I Shares 1-3 yrs | A | Dividend | J | T | | | | | |
| 56. Power Shares FTSE RAFI | A | Dividend | K | T | Sold (part) | 10/10/14 | J | A | |
| 57. Revenue Shares Mid Cap | A | Dividend | J | T | | | | | |
| 58. Vanguard REIT ETF | A | Dividend | K | T | Sold (part) | 10/10/14 | J | A | |
| 59. Vanguard MSCI Emerging | A | Dividend | J | T | Sold (part) | 10/10/14 | J | A | |
| 60. First TR Emerging | A | Dividend | J | T | Buy | 1/3/14 | J | | |
| 61. Flexshares Morningstar | A | Dividend | J | T | Buy | 1/3/14 | J | | |
| 62. Guggenheim S&P 500 Equal | A | Dividend | K | T | Buy | 1/3/14 | K | | |
| 63. Guggenheim Russell MIDCA | A | Dividend | J | T | Buy | 1/3/14 | J | | |
| 64. Proshares Hedge | | None | K | T | Buy | 10/10/14 | K | | |
| 65. Revenue Shares Small Cap | A | Dividend | K | T | Buy | 10/10/14 | K | | |
| 66. Revenue Shares Large Cap | A | Dividend | K | T | Buy | 10/10/14 | K | | |
| 67. Wisdomtree Mid Cap | A | Dividend | J | T | Buy | 1/3/14 | J | | |
| 68. iShares S&P 500 Value | | None | | | Buy | 1/3/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christen, Morgan B. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. iShares S&P 500 Value | | None | | | Sold | 10/10/14 | K | B | |
| 70. Guggenheim S&P 500 Equal Weight ETF | | None | | | Buy | 1/3/14 | K | | |
| 71. Guggenheim S&P 500 Equal Weight ETF | | None | | | Sold | 10/10/14 | K | A | |
| 72. Vanguard MSCI Emerging Markets ETF | | None | | | Buy | 1/3/14 | J | | |
| 73. Vanguard MSCI Emerging Markets ETF | | None | | | Sold | 10/10/14 | J | A | |
| 74. Powershares FTSE RAFI US 150 | | None | | | Buy | 1/3/14 | J | | |
| 75. Powershares FTSE RAFI US 150 | | None | | | Sold | 10/10/14 | J | A | |
| 76. Wisdomtree Midcap Earnings | | None | | | Buy | 1/3/14 | K | | |
| 77. Wisdomtree Midcap Earnings | | None | | | Sold | 10/10/14 | K | | |
| 78. Powershares FTSE RAFI Develo | | None | | | Buy | 1/3/14 | K | | |
| 79. Powershares FTSE RAFI Develo | | None | | | Sold | 10/10/14 | K | | |
| 80. iShares MSCI ACWI ETF | | None | | | Buy | 9/30/14 | J | | |
| 81. iShares MSCI ACWI ETF | | None | | | Sold | 10/10/14 | J | | |
| 82. iShares S&P 500 Growth | | None | | | Buy | 1/3/14 | K | | |
| 83. iShares S&P 500 Growth | | None | | | Sold | 10/10/14 | K | B | |
| 84. iShares TR Russell 2000 | | None | | | Buy | 1/3/14 | K | | |
| 85. iShares TR Russell 2000 | | None | | | Sold | 10/10/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christen, Morgan B. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Guggenheim Russell MIDCA Equal Weight ETF | None | | | | Buy | 1/3/14 | K | | |
| 87. | Guggenheim Russell MIDCA Equal Weight ETF | None | | | | Sold | 10/10/14 | K | A | |
| 88. | First TR Emerging MArkets Alphadex FU | None | | | | Buy | 1/3/14 | J | | |
| 89. | First TR Emerging MArkets Alphadex FU | None | | | | Sold | 10/10/14 | J | | |
| 90. | Flexshares Morningstar Global Upstream Nat Res Index FD | None | | | | Buy | 1/3/14 | J | | |
| 91. | Flexshares Morningstar Global Upstream Nat Res Index FD | None | | | | Sold | 10/10/14 | J | | |
| 92. | SPDR S&P 500 ETF Trust | None | | | | Buy | 9/30/14 | L | | |
| 93. | SPDR S&P 500 ETF Trust | None | | | | Sold | 10/10/14 | L | | |
| 94. | FT 4250 S&P Target SMID 60 3Q Term 10/9/14 | None | | | | Sold | 9/30/14 | J | | |
| 95. | FT 4250 S&P Target SMID 60 3Q Term 10/9/14 | None | | | | Buy | 6/26/14 | J | | |
| 96. | FT 4250 S&P Target SMID 60 3Q Term 10/9/14 | None | | | | Sold | 9/30/14 | J | | |
| 97. | FT 4250 S&P Target SMID 60 3Q Term 10/9/14 | None | | | | Buy | 6/26/14 | J | | |
| 98. | FT 4250 S&P Target SMID 60 3Q Term 10/9/14 | None | | | | Sold | 10/1/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christen, Morgan B. | 05/12/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Christen, Morgan B. | 05/12/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Morgan B. Christen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544